# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-00274-FDW

| | |
|---|---|
| AJANAKU MURDOCK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>FNU HASSAN, et al., )<br>)<br>Defendants. )<br>_____ ) | **AMENDED PROTECTIVE ORDER** |

**THIS MATTER** is before the Court on Defendant Gregory Haynes' Motion for Protective Order. [Doc. 50].

Defendant Gregory Haynes moved for a protective order on Plaintiff's "Discovery Requests/Request for Admissions/Interrogatories 'Production of Documents.'" [Doc. 50]. For the reasons stated in Defendant's motion, and on good cause shown, the Court granted Defendant's motion. The Plaintiff was instructed that his discovery requests must comply with the discovery limits set forth in the Court's Pretrial Order and Case Management Plan ("PTOCMP") [Doc. 45].

In its Order granting Defendant Hayne's motion, the Court extended the discovery and dispositive motions deadlines to dates that are earlier than those set by the Court in granting a previous motion by Defendant Haynes' for an extension of those deadlines. [See Docs. 49, 51]. The Court, therefore, amends it prior Order [Doc. 51] to clarify that the deadlines set forth in the Court's September 9, 2019 Order [Doc. 49] extending the case deadlines in this case still apply. That is, the deadline for the completion of discovery is November 27, 2019, and the deadline for dispositive motions is December 27, 2019.

**IT IS THEREFORE ORDERED** that:

(1) Defendant Haynes' Motion for Protective Order is **GRANTED**.

(2) Plaintiff is instructed, if he so wishes, to serve a discovery request(s) that comply with the Court's Pretrial Order and Case Management Plan.

(3) The deadlines for discovery and dispositive motions are as set forth in Docket Entry No. 49.

Signed: September 23, 2019

Frank D. Whitney
Chief United States District Judge